**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LINDSAY JO SMITH**                                                                              **PLAINTIFF**

**V.**                                                                              **NO. 1:19-CV-155-DMB-DAS**

**BANCORPSOUTH BANK**                                                                              **DEFENDANT**

## ORDER OF RECUSAL

This case was assigned to United States District Judge Debra M. Brown on September 4, 2019. Judge Brown, on her own motion, **RECUSES** herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 10th day of September, 2019.

                                                **/s/Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**